IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DWIGHT RAY HILL §<br>　　　Petitioner, §<br>§<br>v. §<br>§<br>JAMES E. SMITH, Superintendent, §<br>North Texas State Hospital, §<br>　　　Respondent. § | CIVIL ACTION NO. 7:13-CV-072-O |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Dwight Ray Hill, along with the findings, conclusions, and recommendation of the United States magistrate judge filed on February 27 and 28, respectively. The magistrate judge gave the parties until fourteen days after service to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the separately filed findings, conclusions and recommendations. The Court concludes that, for the reasons stated by the magistrate judge, petitioner Hill's June 13, 2013 motion for injunctive relief must be denied, and the petition for writ of habeas corpus must be dismissed.

It is therefore **ORDERED** that the findings, conclusions and recommendations of the magistrate judge filed on February 27 and 28 are **ADOPTED**.

It is further **ORDERED** that the June 13, 2013 motion for permanent injunction (ECF No. 7) is **DENIED**.

It is further **ORDERED** that Dwight Ray Hill's petition for writ of habeas corpus under 28 U.S.C. § 2241 **is DISMISSED for lack of exhaustion.**

**SO ORDERED** on this **20th day** of **March, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE